AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>David Chang<br>*Defendant(s)* | )<br>)<br>) Case No. 2:21-mj-307<br>)<br>)<br>)<br>)<br>) |

FILED
NOV 18 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2021 to October 2021__ in the county of __Chesapeake and elsewhere__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 846 841(b)(1)(C) | Conspiracy to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. Section 846 and 841(b)(1)(C). |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Reviewed by AUSA/SAUSA:*
Megan M. Montoya, Assistant U.S. Attorney

*Complainant's signature*
Special Agent Jack H. Faddis, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/18/21

City and state: Norfolk, Virginia

*Judge's signature*
Douglas E. Miller
United States Magistrate Judge
*Printed name and title*